Dmitry PRONIN, Plaintiff–Appellant,

v.

Lieutenant Troy JOHNSON; Officer Flournoy; Officer Middlebrook; Officer Wilson; Officer Crawford; Kenneth Atkinson; Daniel Fallen; Rex Blocker; Louisa Fuertes-Rasario; Sandra K. Lathrop; Jake Burkett; Brandon Burkett; John Bryant; Patina Walton-Grier; Henri Wall; Edward Hampton; William Johnson; Lieutenant Eda Olivera-Negron, Operations, Defendants–Appellees,

and

Shu Staff Members, Defendant.

No. 16-7562

United States Court of Appeals, Fourth Circuit.

Submitted: February 16, 2017

Decided: February 22, 2017

Dmitry Pronin, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dmitry Pronin appeals the district court's notice regarding his right to respond to Defendants' motion for summary judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Pronin seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED